**UNITED STATES of America, for the Use and Benefit of PALMER ASPHALT COMPANY, Appellee,**

v.

**Lindsay A. DEBARDELABEN and Inez P. Debardelaben, Individually and t/a Guaranteed Waterproofing Company, and United States Fidelity and Guaranty Company, Appellants.**

**No. 11340.**

United States Court of Appeals
Fourth Circuit.

Argued Nov. 8, 1967.

Decided Nov. 10, 1967.

C. Weston Houck, Florence, S. C., for appellants.

Alton G. Murchison, III, Charlotte, N. C. (Levine, Goodman & Murchison, Charlotte, N. C., on brief), for appellee.

Before BOREMAN, Circuit Judge, MARVIN JONES, Senior Judge, U. S. Court of Claims,* and CRAVEN, Circuit Judge.

PER CURIAM:

For the reasons stated by the district court,[1] the judgment below is affirmed.

Affirmed.